Theodore V. H. Mayer
Vilia B. Hayes
Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -x
: 
LEON FILEDS, :
: No.: 07 Civ 8387 (DLC)
Plaintiff, :
: **Rule 7.1 Statement**
-against- :
:
MERCK & CO., INC., :
:
Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - -x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and is not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
       October 8, 2007

                                            Respectfully submitted,

                                            HUGHES HUBBARD & REED LLP

                                            By: _/s/ Vilia B. Hayes_____
                                                Theodore V. H. Mayer
                                                Vilia B. Hayes
                                                Robb W. Patryk

                                            One Battery Park Plaza
                                            New York, New York 10004-1482
                                            (212) 837-6000

                                            *Attorneys for Defendant Merck & Co., Inc.*